IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25CR225-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **BILL OF INDICTMENT** |
| v. ) | |
| ) | Violation: 8 U.S.C. § 1326(a) |
| PABLO MARCOS MANUEL ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about April 5, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**PABLO MARCOS MANUEL**

an alien previously removed from the United States on or about February 15, 2011, at or near Laredo, Texas, on or about July 11, 2012, at or near Laredo, Texas, on or about October 9, 2012, at or near Laredo, Texas, and on or about July 22, 2019, at or near Brownsville, Texas, was found in the United States after having knowingly entered the United States, and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY